UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUÑOZ, Sandra; ASENCIO-CORDERO, Luis Ernesto,<br><br>                     Plaintiffs,<br><br>         v.<br><br>U.S. DEPARTMENT OF STATE; Mike POMPEO, U.S. Secretary of State; Mark LEONI, United States Consul General, San Salvador, El Salvador.<br><br>                  Defendants. | Case No. 2:17-CV-00037-AS<br><br>**[~~PROPOSED~~] ORDER** |

Having considered Defendants' Unopposed Stipulation for Extension of Supplemental Briefing Schedule, and finding good cause therefore, IT IS HEREBY ORDERED that the unopposed stipulation is GRANTED.

The briefing schedule is hereby extended by two weeks, causing the Government's deadline to file a supplemental brief to be enlarged from October 2, 2018 to **October 16, 2018** and Plaintiffs' deadline to be enlarged from October 23, 2018 to **November 6, 2018**.

Date:   October 3, 2018 

_____ / s / _____
HONORABLE ALKA SAGAR
United States Magistrate Judge