UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUÑOZ, Sandra; ASENCIO-CORDERO, Luis Ernesto,<br><br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF STATE; Mike POMPEO, U.S. Secretary of State; Mark LEONI, United States Consul General, San Salvador, El Salvador.<br><br>　　　　　　　Defendants. | Case No. 2:17-CV-00037-AS<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED STIPULATION FOR ORDER CONTINUING SUPPLEMENTAL BRIEFING SCHEDULE |

　　　Having considered Defendants' Unopposed Stipulation for Extension of Supplemental Briefing Schedule, and finding good cause therefore, IT IS HEREBY ORDERED that the unopposed stipulation is GRANTED.

　　　The briefing schedule is hereby extended by two weeks, causing the Government's deadline to file a supplemental brief to be enlarged from October 16, 2018 to October 30, 2018 and Plaintiffs' deadline to be enlarged from November 6, 2018 to November 20, 2018.


Date:　10/16/2018　　　　　　　　／s／_____
　　　　　　　　　　　　　　　　HONORABLE ALKA SAGAR
　　　　　　　　　　　　　　　　United States Magistrate Judge