**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA MUÑOZ and LUIS ERNESTO ASENCIO-CORDERO,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.,<br><br>   Defendants. | CASE NO. CV 17-0037 AS<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Opinion and Order Granting Defendants' Motion for Summary Judgment, IT IS HEREBY ADJUDGED that Judgment is entered against Plaintiffs and in favor of Defendants on all claims alleged in the Complaint, and that the above-captioned action is dismissed with prejudice.

DATED: March 18, 2021

                                          /s/
                               ―――――――――――――――――――
                               ALKA SAGAR
                               UNITED STATES MAGISTRATE JUDGE